IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA I. CANTU, LIZA L. VILLARREAL AND TEODORA G. KURI<br>　　　　　　Plaintiffs<br><br>VS.<br><br>GABRIEL MARK JACOBS, CHOCTAW NATION INDIAN HOME CORPORATION AND CHOCTAW NATION OF OKLAHOMA D/B/A CHOCTAW BINGO PARLOR<br>　　　　　　Defendants | § § § § § § § § § § § § | CIVIL ACTION NO. ~~M-99-262~~ B-02-123<br>"JURY" |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs, by and through their attorney of record, in the above-styled and numbered cause, and respectfully move the Court for leave to file their First Amended Original Complaint.

I.

The Plaintiffs respectfully request leave to file Plaintiffs' First Amended Original Complaint adding a necessary Defendant to their lawsuit. The Court allowing Plaintiffs to amend their complaint and add the necessary Defendant will not delay the litigation of this case.

WHEREFORE, Plaintiffs pray that this Court grant them leave to file Plaintiff's First Amended Original Complaint so that justice be done.

Respectfully submitted,

CISNEROS, CISNEROS & CISNEROS
312 Lindberg
McAllen, Texas 78501
Telephone No. (956) 682-1883
Fax No.: (956) 682-0132

_____
MICHAEL J. CISNEROS
Federal ID No. 19522
Attorney for Plaintiffs

### CERTIFICATE OF CONFERENCE

I, Michael J. Cisneros, hereby certify that on this 8th day of October, 2002, I have conferred with opposing counsel, John Skaggs, regarding the foregoing motion, and he has advised me that he is unopposed to the motion.

_____
MICHAEL J. CISNEROS

### CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this 8th day of October, 2002, the original of the foregoing motion has been sent to opposing counsel by certified mail, return receipt requested.

_____
MICHAEL J. CISNEROS