United States District Court
Southern District of Texas
FILED

OCT 1 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA I. CANTU, LIZA L. VILLARREAL AND TEODORA G. KURI | § § § | |
| VS. | § § | CIVIL NO. B-02-173 JURY DEMANDED |
| GABRIEL MARK JACOBS AND CHOCTAW NATION INDIAN HOME CORPORATION | § § § | |

## SUPPLEMENTAL APPENDIX IN CONNECTION WITH REMOVAL

1. Defendants previously removed this matter to Federal Court from State District Court in Brook County, Texas.

2. At the time of removal, the State District Clerk's Docket Sheet was not available.

3. Defendants in this action tender this Supplemental Appendix which consists of the State District Clerk's Docket Sheet.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been either delivered or mailed to the following attorneys of record, or parties on this the __1__ day of __October__, 2002:

Michael J. Cisneros
312 Lindberg
McAllen, Texas 78501

_____
John Skaggs

```
DOCKET SHEET: 02-08-11368-CV
===============================================================================
 Date Printed: 09/13/2002 - Time: 15:59:10    TCM Version 2.6i
===============================================================================
                                    * * *  C A S E   S U M M A R Y  * * *
                         Case Number: 02-08-11368-CV        Last Filed: C

Style: MARIA I. CANTU, LIZA L. VILLARREAL & TEODORA G. KURI
    v. GABRIEL MARK JACOBS & CHOCTAW NATION INDIAN HOME CORPORATION

                                 Case Type: Other Personal Injury/Damages

              Case Category: Civil      Court: 79TH JUDICIAL DISTRICT COUR

===============================================================================
Party(s) of Case: 02-08-11368-CV

    Party                              Person Bar/Code
    Code   Party Name                  Code   Number      Person Name
    ---------------------------------------------------------------------
    DEF    CHOCTAW NATION INDIAN HOME COR ATT  18452500    SKAGGS, JOHN
    DEF    GABRIEL MARK JACOBS            ATT  18452500    SKAGGS, JOHN
    PLT    LIZA L. VILLARREAL             ATT  00793509    CISNEROS, MICHAEL
    PLT    MARIA I. CANTU                 ATT  00793509    CISNEROS, MICHAEL
    PLT    TEODORA G. KURI                ATT  00793509    CISNEROS, MICHAEL

===============================================================================
Event(s) of Case: 02-08-11368-CV

    Event                                        Docket
    Date        Event              Disposition   Vol.  Page   Remarks
    ---------------------------------------------------------------------
    09/01/2002  PET ORIG
    08/06/2002  CIT MAIL                                      ISD TO GABRIEL CM
    08/06/2002  CIT MAIL                                      ISD TO CT CORP CM
    08/16/2002  CIT RET MAIL
                Remarks: SIGNED BY J.DUDDINGTON ON 8/12/02 FOR CT CORP
    08/19/2002  CIT RET MAIL                                  SRVD TO GABRIEL O
    09/03/2002  ANS ORIG                                      OF GABRIEL & CHOC

===============================================================================
Monthly Report Information of Case: 02-08-11368-CV

    Filed      Case Type   Date Disposed   Disposition
    ---------------------------------------------------------------------
    08/01/2002 OTHER PI     / /
```

```
DOCKET SHEET: 02-08-11368-CV
===============================================================================
 Date Printed: 09/13/2002 - Time: 15:59:41    TCM Version 2.6i
===============================================================================
                                    * * *  C A S E   S U M M A R Y  * * *
                         Case Number: 02-08-11368-CV        Last Filed: O
```

Style: MARIA I. CANTU, LIZA L. VILLARREAL & TEODORA G. KURI
  v. GABRIEL MARK JACOBS & CHOCTAW NATION INDIAN HOME CORPORATION

Case Type: Other Personal Injury/Damages
Case Category: Civil    Court: 79TH JUDICIAL DISTRICT COUR

================================================================================
Party(s) of Case: 02-08-11368-CV

| Party Code | Party Name | Person Code | Bar/Code Number | Person Name |
|---|---|---|---|---|
| DEF | CHOCTAW NATION INDIAN HOME COR | ATT | 18452500 | SKAGGS, JOHN |
| DEF | GABRIEL MARK JACOBS | ATT | 18452500 | SKAGGS, JOHN |
| PLT | LIZA L. VILLARREAL | ATT | 00793509 | CISNEROS, MICHAEL |
| PLT | MARIA I. CANTU | ATT | 00793509 | CISNEROS, MICHAEL |
| PLT | TEODORA G. KURI | ATT | 00793509 | CISNEROS, MICHAEL |

================================================================================
Fees Associated With Case: 02-08-11368-CV

| Fee Date | Fee Type | Amount | Paid Status | Date Notice Last Sent | How Paid | Party Paid |
|---|---|---|---|---|---|---|
| 08/05/2002 | 4TH COURT APP | 5.00 | | / / | CK #12791 | PL |
| 08/05/2002 | ALT DISPUTE | 10.00 | | / / | CK #12791 | PL |
| 08/05/2002 | CITATION | 32.00 | | / / | CK #12791 | PL |
| 08/05/2002 | COPIES | 10.00 | | / / | CK #12791 | PL |
| 08/05/2002 | FILING | 45.00 | | / / | CK #12791 | PL |
| 08/05/2002 | INDIGENT L G | 10.00 | | / / | CK #12791 | PL |
| 08/05/2002 | JURY FEE | 30.00 | | / / | CK #12791 | PL |
| 08/05/2002 | LAW LIBRARY | 35.00 | | / / | CK #12791 | PL |
| 08/05/2002 | RECORDS PRESRV | 5.00 | | / / | CK #12791 | PL |
| 08/05/2002 | SECURITY FEE | 5.00 | | / / | CK #12791 | PL |
| 08/05/2002 | SPECIAL VENIRE | 5.00 | | / / | CK #12791 | PL |
| 08/05/2002 | STATE COMP | 40.00 | | / / | CK #12791 | PL |
| 08/05/2002 | STENO | 15.00 | | / / | CK #12791 | PL |

================================================================================
Event(s) of Case: 02-08-11368-CV

| Event Date | Event | Disposition | Docket Vol. | Page | Remarks |
|---|---|---|---|---|---|

```
DOCKET SHEET: 02-08-11368-CV
================================================================================
Event(s) of Case: 02-08-11368-CV

Event                                          Docket
Date         Event              Disposition Vol.  Page  Remarks
--------------------------------------------------------------------------------
08/01/2002   PET ORIG
08/06/2002   CIT MAIL                                   ISD TO GABRIEL CM
08/06/2002   CIT MAIL                                   ISD TO CT CORP CM
08/16/2002   CIT RET MAIL
       Remarks:  SIGNED BY J.DUDDINGTON ON 8/12/02 FOR CT CORP
08/19/2002   CIT RET MAIL                               SRVD TO GABRIEL O
09/03/2002   ANS ORIG                                   OF GABRIEL & CHOC


================================================================================
Monthly Report Information of Case: 02-08-11368-CV

Filed      Case Type    Date Disposed    Disposition
--------------------------------------------------------------------------------
08/01/2002  OTHER PI       /  /
```