IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA I. CANTU, LIZA L. VILLARREAL AND TEODORA G. KURI | § § § | |
| Plaintiffs | § § | B-02-123 |
| VS. | § § | CIVIL ACTION NO. M-99-262 |
| | § | "JURY" |
| | § | |
| GABRIEL MARK JACOBS, CHOCTAW NATION INDIAN HOME CORPORATION AND CHOCTAW NATION OF OKLAHOMA D/B/A CHOCTAW BINGO PARLOR | § § § § | |
| Defendants | § | |

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

On this the 11th day of OCTOBER, 2002, came to be considered Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' First Amended Original Complaint.

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' First Amended Original Complaint is hereby GRANTED.

SIGNED this 11th day of OCTOBER 2002.

_____
UNITED STATES MAGISTRATE