# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| MARIA I. CANTU, LIZA L. VILLARREAL AND TEODORA G. KURI | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-173 |
| GABRIEL MARK JACOBS, CHOCTAW NATION INDIAN HOME CORPORATION AND CHOCTAW NATION OF OKLAHOMA D/B/A CHOCTAW BINGO PARLOR | § § § § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**TELEPHONIC HEARING TO SHOW CAUSE WHY THE COURT ON ITS OWN MOTION SHOULD NOT TRANSFER THIS CASE TO THE CORPUS CHRISTI DIVISION**

(COUNSEL FOR PLAINTIFFS WILL INITIATE THE TELEPHONIC CONFERENCE CALL)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

TELEPHONE NO.:

(956) 548-2570

DATE AND TIME:

**OCTOBER 29, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 11, 2002

TO:    MR. MICHAEL J. CISNEROS
       MR. JOHN B. SKAGGS