United States District Court
Southern District of Texas
FILED

OCT 2 9 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC HEARING TO SHOW CAUSE WHY THE COURT ON ITS OWN MOTION SHOULD NOT TRANSFER THIS CASE TO THE CORPUS CHRISTI DIVISION

CIVIL ACTION NO. B-02-173          DATE & TIME:   10-29-02 AT 2:00 P.M.

MARIA I. CANTU, ET AL.             PLAINTIFF(S)     MICHAEL CISNEROS
                                   COUNSEL

VS.

GABRIEL MARK JACOBS, ET AL.        DEFENDANT(S)     JOHN B. SKAGGS
                                   COUNSEL

---

Attorneys Michael Cisneros and John Skaggs appeared telephonically.

Parties have no objection to a transfer to the McAllen Division. All lawyers and plaintiffs reside in McAllen.