# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 0 1 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA I. CANTU, LIZA L. VILLARREAL AND TEODORA G. KURI § § VS. § § GABRIEL MARK JACOBS, CHOCTAW § NATION INDIAN HOME CORPORATION § AND CHOCTAW NATION OF OKLAHOMA § D/B/A CHOCTAW BINGO PARLOR § | CIVIL ACTION NO. B-02-173 |

## ORDER TRANSFERRING CASE

A review of the pleadings in this case reflects that the plaintiffs are residents of Hidalgo County, Texas. All the attorneys reside in Hidalgo County, Texas. The defendant Gabriel Mark Jacobs is a resident of Oklahoma. The corporate defendants are incorporated in Oklahoma. The accident made the basis of this suit occurred in Brooks County, Texas. There is no connection with the Brownsville Division of the Southern District of Texas.

On October 29, 2002, United States Magistrate Judge John Wm. Black held a status conference with the attorneys in this case who stated that they believed that the convenience of the parties would best be served by transferring this case to the McAllen Division of the Southern District of Texas.

IT IS THEREFORE **ORDERED** that this case be transferred to the McAllen Division of the Southern District of Texas.

DONE at Brownsville, Texas, this 1st day of November, 2002.

Andrew S. Hanen
United States District Judge